UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY E. CICHOCKI and DOLLY HWANG, )
        Plaintiffs, )
)
v. ) C.A. No. 15-11553-WGY
)
TOWN OF REHOBOTH, et al., )
        Defendants. )

PROCEDURAL ORDER

    Plaintiffs have filed a self-prepared complaint, but have not paid the $350.00 filing fee and the $50.00 administrative fee[1], see 28 U.S.C. § 1914(a) ($350.00 filing fee for all non-habeas civil actions), or filed a motion for leave to proceed without prepayment of the filing fee, see 28 U.S.C. § 1915 (proceedings in forma pauperis).

    Accordingly, plaintiffs must either (1) pay the $400.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee. Failure of plaintiffs to comply with this directive within 21 days of the date of this Procedural Order may result in the dismissal of this action.

    If plaintiffs elects to seek in forma pauperis status, each plaintiff must submit an affidavit that includes a statement of all plaintiffs' assets. See 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to proceed in forma pauperis. The Clerk shall provide each plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

    SO ORDERED.


 4/17/2015                                   /s/ William G. Young
DATE                                      UNITED STATES DISTRICT JUDGE

---

[1] The $50.00 administrative fee became effective May 1, 2013. See Judicial Conference Fee Schedule.